PORTSMOUTH MUNICIPAL COURT
728 Second Street
Portsmouth, Ohio 45662

* * * * * * * * * *

TO: The following named defendant:

Plaintiff(s)
Asset Acceptance Corp

vs

Defendant(s):
Yeager, Carolyn
1552 Charles St
Portsmouth, Oh 45662

Case CVF 0301027

SUMMONS IN
CIVIL ACTION
(Rule 4 and 9)

Date: May 22, 2003

* * * * * * * * * * * *

You have been named defendant(s) in a complaint filed in the the above named court by above Plaintiff(s). A copy of the complaint is attached hereto.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after the service of this summons upon you, excluding the date of service. Your answer must be filed with the Court within three (3) days after the service of a copy of the answer on the plaintiff's attorney.

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

Sent to:
Carolyn Yeager
1552 Charles St
Portsmouth, Ohio 45662

Leroy Kegley
Clerk of Court

by: ___Susan Adams___
Susan Adams
Deputy Clerk

May 22, 2003

=================================================================

FOR MUNICIPAL COURT USE ONLY

RETURN OF SERVICE OF SUMMONS (PERSONAL)

| Fees | |
|---|---|
| Mileage _____ | I received this summons on _____ 20____ at _____ o'clock ___M. and made personal service of it upon _____ by locating /him/her and tendering a copy of the summons, a copy of the complaint and accompanying document on _____ 20____. |
| _____ | |
| _____ | |
| _____ | |
| Total $ _____ | |
| | Serving Officer, Title          Date return made |



IN THE PORTSMOUTH MUNICIPAL COURT
SCIOTO COUNTY, OHIO

| | |
|---|---|
| ASSET ACCEPTANCE LLC<br>P.O. Box 2036<br>Warren, MI 48090<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN YEAGER<br>1552 CHARLES ST<br>PORTSMOUTH, OH 45662<br><br>Defendant. | ) CASE NUMBER<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>)<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>) |

## COUNT I

1. The Defendant, CAROLYN YEAGER, owes the Plaintiff, Asset Acceptance LLC as ASSIGNEE of WFNNB/LANE BRYANT MAIL ORDER, the sum of $801.41 plus accrued interest in the amount of $607.06, through MAY 1, 2003 and interest thereafter at the rate of 10% per annum on the principal balance for the use and retention of a Credit Card.

2. Due demand has been made upon the Defendant to pay the sum due and owing, but Defendant refuses.

3. An Affidavit and a statement of the Plaintiff is attached hereto and incorporated herein as Exhibits A and B respectively.

## COUNT II

5. Paragraphs 1 - 3 are realleged and reavered as if fully rewritten herein.

6. The Defendant, CAROLYN YEAGER, owes the Plaintiff, Asset Acceptance LLC, ASSIGNEE of PROVIDIAN BANK, the sum of $1,269.13 plus accrued interest in the amount of $109.18 through MAY 1, 2003, and interest thereafter at the rate of 10% per annum on the principal balance for the use and retention of a Credit Card.

7. Due demand has been made upon the Defendant to pay the sum due and owing, but Defendant refuses.

8. An Affidavit and a statement of the Plaintiff is attached hereto and incorporated herein as Exhibits A and C respectively.

WHEREFORE, the Plaintiff, Asset Acceptance LLC, ASSIGNEE of WFNNB/LANE BRYANT MAIL ORDER, demands judgment against the Defendant, CAROLYN YEAGER on Count I, in the amount of $801.41 plus accrued interest in the amount of $607.06, through MAY 1, 2003, and interest thereafter at the rate of 10% per annum on the principal balance and cost of this action; on Count II in the amount of $1,269.13 plus accrued interest in the amount of $109.18, through MAY 1, 2003, and interest thereafter at the rate of 10% per annum on the principal balance and cost of this action.

Respectfully submitted,

ASSET ACCEPTANCE LLC
Attorney for Plaintiff

Kimberly A. Klemenok-0069046
In-house Counsel
P.O. Box 318037
Cleveland, Ohio 44131
(877) 476-9219

Asset Acceptance LLC  
P.O. Box 2036  
Warren, MI 48090

Customer Account Statement

Statement Date  
MAY 1, 2003

CAROLYN YEAGER  
1552 CHARLES ST  
PORTSMOUTH, OH 45662

WFNNB/LANE BRYANT MAIL ORDER  
Account No. 000000000791945488

| | |
|---|---|
| Original Balance Due: | $ 801.41 |
| Accrued Interest | $ 607.06 |
| Payments to Date: | 0.00 |
| Total Due: | $1,408.47 |

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

CAROLYN YEAGER
1552 CHARLES ST
PORTSMOUTH, OH 45662

Customer Account Statement

Statement Date
MAY 1, 2003

PROVIDIAN BANK
Account No. 4361452300790985

| | | |
|---|---|---|
| Original Balance Due: | $ | 1,269.13 |
| Accrued Interest | $ | 109.18 |
| Payments to Date: | | 0.00 |
| Total Due: | $ | 1,378.31 |

IN THE PORTSMOUTH MUNICIPAL COURT

SCIOTO COUNTY, OHIO

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | CASE NO. CVF0301027 |
| | ) | |
| Plaintiff, | ) | JUDGE KEGLEY |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF DISMISSAL |
| CAROLYN YEAGER | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, by and through counsel, who give Notice of Dismissal of Plaintiff's Complaint without prejudice pursuant to Rule 41(A) of the Ohio Rules of Civil Procedure.

Respectfully submitted,

ASSET ACCEPTANCE LLC

Kimberly A. Klemenok (0069046)
Matthew J. Svec (0071888)
P.O. Box 318037
Cleveland, Ohio 44131
877-768-9844
Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of Notice of Dismissal was served by regular U.S. Mail, Postage prepaid on this _____ day of __**SEP 4 2003**__, 2003 on KARYN LEITZELL 800 GALLIA ST SUITE 700 PORTSMOUTH, OH 45662.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



KIMBERLY A. KLEMENOK, ESQ.
MATTHEW J. SVEC, ESQ.

B